# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Anthony Eugene Boyd,

    Petitioner,

JUDGMENT IN A CIVIL CASE

vs.

3:08cv292

The Attorney General of the State of North Carolina,

    Respondent.

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/26/2008 Order.

Signed: June 26, 2008

Frank G. Johns, Clerk
United States District Court